**Order entered July 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01714-CV

**RICKEY L. HOLLAND, ET AL., Appellants**

**V.**

**FRIEDMAN & FIEIGER, ET AL., Appellees**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-15867**

## ORDER

We **GRANT** appellants' July 11, 2013 unopposed motion for an extension of time to file

a reply brief.  Appellants shall file their reply brief on or before August 14, 2013.


/s/     CAROLYN WRIGHT
CHIEF JUSTICE